**Rasheed OLDS, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 14–7478.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2015.

Decided: Jan. 21, 2015.

Rasheed Olds, Appellant Pro Se. Tobin Webb Lathan, Joshua Bryan Royster, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rasheed Olds appeals the magistrate judge's order denying relief on his action filed under the Federal Tort Claims Act, 28 U.S.C. § 1346(b)(1) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Olds' informal brief does not sufficiently challenge the order's ruling

as to proximate causation, an independent basis for the magistrate judge's disposition, Olds has forfeited appellate review of the magistrate judge's order. Accordingly, we affirm the magistrate judge's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*